| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date: September 28, 2023*<br>*Time: 9:30AM* |

---------------------------------------------------------X

In re:

                                                                                                                  Chapter 13
Case No.: 23-72442-736

FRANCINE A. HOLT
*aka Francine Annette Holt*

                              Debtor(s)                                **<u>NOTICE OF MOTION</u>**

---------------------------------------------------------X

SIRS / MADAMS

       **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 28th day of SEPTEMBER, 2023 at 9:30AM., at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

       **PLEASE TAKE NOTICE**, that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two (2) days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126 . If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Grossman's courtroom deputy for instructions at (631) 712-6276, reg_hearings@nyeb.uscourts.gov .

       **PLEASE TAKE NOTICE**, that the hearing on the Motion may be adjourned without notice other than announcement in open Court.

       **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

Dated:  Islandia, New York                        Yours, etc.
           September 7, 2023

                                                                        MICHAEL J. MACCO
                                                                        Chapter 13 Trustee
                                                                        2950 Express Drive South, Suite 109
                                                                        Islandia, New York 11749
                                                                        (631) 549-7908

To:    *Office of the United States Trustee*
         *FRANCINE A. HOLT, Debtor(s)*
         *SCOTT R. SCHNEIDER, ESQ. Attorney for Debtor(s)*
         *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X     **tmm1634**
In re:

    Chapter 13
    Case No.: 23-72442-736

FRANCINE A. HOLT
*aka Francine Annette Holt*

        Debtor(s)                 **APPLICATION**
--------------------------------------------------------X
TO THE HONORABLE ROBERT E GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

      MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

      1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on July 10, 2023, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

      2. As of the date of this motion, the debtor(s) has failed to provide the Trustee with proof of income for items in schedule J line 8H; Amended Chapter 13 plan to correct section 3.2 to correct mortgage arrears and New York State Department of Taxation and Finance including interest rate, and correct section 4.4 to include IRS claim and correct New York State Department of Taxation and Finance amount; and a feasible Chapter 13 plan.

      3. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

      **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       September 7, 2023

                                          *Michael J. Macco*
                                          Michael J. Macco, Chapter 13 Trustee
                                          2950 Express Drive, Suite 109
                                          Islandia, NY  11749
                                          (631) 549-7908

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x          Case No: 23-72442-736
IN RE:

                                                **CERTIFICATE OF SERVICE**
                                             **BY MAIL AND ELECTRONIC**
FRANCINE A. HOLT                               **SERVICE**
*aka Francine Annette Holt*

                                  Debtor.
---------------------------------------------------x

        This is to certify that I, Alexandria Jumara, have this day served a true, accurate and correct copy of the within ***Notice of Motion and Application,*** by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Francine A Holt*
*2081 Milburn Avenue*
*Baldwin, NY 11510*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
[USTPRegion02.LI.ECF@usdoj.gov](mailto:USTPRegion02.LI.ECF@usdoj.gov)

*Scott R Schneider, Esq.*
*The Law Offices of Scott R. Schneider, P.C.*
[scottsch@optonline.net](mailto:scottsch@optonline.net)
*Attorney for Debtor(s)*

*Carrington Mortgage Services, LLC*
*Shari S. Barak*
*LOGS Legal Group LLP*
[sbarak@logs.com](mailto:sbarak@logs.com)

This September 7, 2023

***/s/ Alexandria Jumara***
Alexandria Jumara, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
631-549-7908